THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FRED L. MCGAULEY,

    Plaintiff,                                      CASE NO.

v.

CONSUMER PORTFOLIO SERVICES, INC.

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, FRED L. MCGAULEY ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, CONSUMER PORTFOLIO SERVICES, INC., alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person who resides in the Jacksonville, Duval County, Florida.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the Irvine, Orange County, California.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant talked to Plaintiff in an abusive and harassing manner.

13. Plaintiff sent Cease and Desist letter to Defendant, but Defendant continued placing calls to Plaintiff.

14. Defendant contacted Plaintiff at 904-764-9346 and 904-444-5256.

15. Defendant contacted Plaintiff from 800-443-2588.

16. Defendant placed calls to Plaintiff 3 to 4 times a day for one year.

17. Defendant threatened to disclose the debt to family members.

18. Defendant sent text messages to Plaintiff's family members.

19. Defendant disclosed Plaintiff's debt to Plaintiff's family members.

20. Defendant called Plaintiff's mother and disclosed the debt.

21. Defendant threatened to repossess Plaintiff's vehicle.

22. Defendant would call Plaintiff and hang up.

23. Defendant failed to disclose in subsequent communication that communication is from a debt collector.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT,**
**(FDCPA), 15 U.S.C. § 1692 et seq.**

24. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   a) Defendant violated *§1692b(1)* of the FDCPA when Defendant contacted third parties and failed to identify themselves and failed to state that collector is confirming or correcting location information.

   b) Defendant violated *§1692b(2)* of the FDCPA when Defendant contacted third parties and stated that Plaintiff owes a debt. ( see Exhibit A)

   c) Defendant violated *§1692b(3)* of the FDCPA by contacting Plaintiff's mother more then once. (see Exhibit A)

   d) Defendant violated *§1692c(b)* of the FDCPA by communicating with Plaintiff's mother and cousin in connection with the collection of Plaintiff's debt.

   e) Defendant violated *§1692c(c)* of the FDCPA by continuing to communicate with Plaintiff, after Plaintiff sent two Cease and Desist letters to Defendant. (see Exhibit B).

   f) Defendant violated *§1692d* of the FDCPA by conducting in a nature with the natural consequence to harass, oppress, or abuse any person.

   g) Defendant violated *§1692d(1)* of the FDCPA by threatening to reposes Plaintiff's vehicle. (see Exhibit C).

h)   Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

i)   Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant called from a blocked telephone number.

j)   Defendant violated *§1692e* of the FDCPA by using false, deceptive, or misleading representation or means in connection with the debt collection.

k)   Defendant violated *§1692e(4)* of the FDCPA by representing that nonpayment of Plaintiff's alleged debt will result in garnishment of his wages even though Defendant has not and does not intend to do so.

l)   Defendant violated *§1692e(10)* of the FDCPA by using any false representation or deceptive means to collect a debt or obtain information about a consumer.

m)   Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

n).   Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means to collect or attempt to collect the alleged debt.

**WHEREFORE**, Plaintiff, FRED L. MCGAULEY respectfully prays that judgment be entered against the Defendant, CONSUMER PORTFOLIO SERVICES, INC. for the following:

25. Declaratory judgment that the Defendant's conduct violated the Federal Act, FDCPA.

26. Actual damages.

27. Statutory damages of $1000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

28. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

29. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By:  /s/Matthew Kiverts
Matthew Kiverts
Krohn & Moss, Ltd
120 W Madison St, 10th Floor
Chicago, IL 60602
Phone: (312) 578-9428 ext. 203
Fax:   (866) 431-5576
Attorney for Plaintiff
FBN: 0013143

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, FRED L. MCGAULEY, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, FRED L. MCGAULEY, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, FRED L. MCGAULEY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 10/21/09

*[signature: Fred L McGauley]*

FRED L. MCGAULEY

-7-

PLAINTIFF'S COMPLAINT

# **EXHIBIT A**

TO WHOM THIS MAY CONCERN—

I TERRI COREY, HAVE RECIEVED SERVERAL HARRASING CALLS THREATENING CALLS, DEMANDING INFORMATION FROM C.P.S STARTING 11/07 REGARDING FRED MCGAULEY, SERVERAL MESSAGES HAVE BEEN TAKEN FOR THE COMPANY. CPS WAS ADVISED SERVERAL TIMES TO STOP CALLING FRED MCGAULEY, HAD RECIEVED ALL THE MESSAGES. 12/08 I RECIEVED A CALL FROM TIM, @ CPS AT THIS TIME ASK IF THERE WAS ANY TYPE OF ARANGMENT I COULD SET UP ON THE ACCOUNT TO HELP MY SON OUT WITH HIS PAST DUE TRUCK NOTE OR THIS TRUCK WAS GOING TO BE PICKED UP THAT DAY I TOLD TIM, I WAS UNEMPLOYED AN COULDN'T HELP. TIM, GOT UPSET THEN TIM, AT C.P.S. DEMANDED ME TO HAVE FRED MCGAULEY, CONTACT HIM ABOUT HIS PAST DUE TRUCK THAT DAY. TIM, WAS TOLD TO STOP CALLING MY RESIDENT BUT THE CALLS CONTINUE SERVERAL TIMES A DAY FINAL A MONTH LATER AS OF 1/09 THE CALLS STOP.

THANK YOU

Terri Corey
09/15/09

# EXHIBIT B

1st Notice

TO WHOM EVER THIS MAY CONCERN "CONSUMER PORTIFOLIO SERVICE"
RE: FRED L MCGAULEY
ACCT # ███████

FDCPA violations:
JAN 13, 2009

NOTICE TO CEASE ALL COMMUNICATION BY PHONE, TO FAMILY, FRIENDS, AND ANY OTHER ASSOCIATES. ANY COMMUNICATION BUT MAIL. FDCPA VIOLATION AN FINE WILL APPLY FOR EVERY VIOLATION YOUR COMPANY NOW HAS 4. VIOLATION! ANY FURTHER COMMUNICATION CONCERNING ANY FINANCIAL MATTER WITH YOUR COMPANY CPS WITH ACCORDANCE TO THE F.D.C.PA. MUST BE WRITEN NOTIFICATION ADDRESS TO THE RESPONSIBLE PARTY ONLY BY LAW. EFFECTIVE 01/13/09. ALONE WITH THE PRIOR VERBAL NOTICATION YOUR COMPANY RECEIVED 12/07 WHEN THE HARASMENT STARTED MAILING ADDRESS AS YOU HAVE ON FILE 4118 CLEARBROOK COVE RD, JACKSONVILLE, FL 32218. #904 707 2977 CONTACT ONLY! CONSUMER PORIFOLIO SERVICE HAS BEEN OFFICIAL PUT ON NOTICE. A COPY WILL BE FORWARD TO CONSUMER AFFAIRS, ATTY GENERAL OFFICE, BETTER BUSINESS BUREAU OF CA-
DUE TO SERVERAL HARASSING CALLS DAILY FROM THIS COMPANY TO RELATIVE DEMANDING CONTACTING INFORMATION THAT YOUR COMPANY ALREADY HAVE ON FILE, ALSO SERVERAL DISCUSSION WITH A RELATIVE TERRI COREY ALSO STEVE YOUNG 11/18/08 12/12/08*12/24*12/29/08*1/5*1/9*1/12*1/13/09. SERVERAL THREATENING MESSAGES DAILY. TO A NONE RESPONSIBLE PARTY, 1/13/09 YOUR COLLECTOR "TIM" ATTEMPTED TO NEGOTIATE A PAYMENT ARRANGMENT WITH A RELATIVE AN GET A PAYMENT DEFFEREMNT PLAN SET UP, ALSO A VIOLATION OF THE FDCPA, YOUR COMPANY WAS ON RECORDER. THE MINI MIRANDA WAS NEVER READ YOUR COMPANY WAS VERBALLY ADVISED TO CEASE COMMUNICATION TO ALL NUMBERS BUT 904 707 2977 "WHICH YOUR COMPANY NEVER CALL" DEMANDING THREATENING CALLS CONTINUE TO THE RELATIVE. 10/12/ "SPOUSE" NOT ON LOAN" RENEE MCGAULEY, RECEIVED A THREATENING CALL FROM THIS COMPANY WITH A LOT OF SCREAMING AN HOLLOWING DEMANDING INFORMATION AND A PAYMENT RIGHT THEN OR ELSE, RENEE MCGAULEY ADVISED YOUR COMPANY TO CEASE COMMUNICATION BUT THE CALLS CONTINUE A MONTH AFTER WITH

CALLING LETTING THE PHONE JUST RING EVERYDAY FOR A MONTH, DUE TO A PHONE NUMBER CHANGE THE CALLS THEN CEASED. ANY QUESTION PLEASE REFER TO ADDRESS ON FILE.

1/13/09

*Fred McSally* [signature]

*3rd notice*

cps fdcpa

TO WHOM EVER THIS MAY CONCERN CPS"CONSUMER PORTIFOLIO SERVICES
RE: CEASE OF COMMUNICATION NOTICE / VIOLATION OF FDCPA
RE: FRED MCGAULEY
ACCT : [redacted]
DATE : AUG 17,09

I FRED MCGAULEY,12/13/07 REQUESTED A CEASE OF ALL COMMUNICATION IN WRITING TO YOUR COMPANY BUT THE CALLS CONTINUE DAY AN NIGHT 3 TO 4 TIMES A DAY STARTING @ 8:03 AM, I GUESS UNTIL YOUR COMPANY CLOSE FOR THE DAY EVEN AFTER YOUR COLLECTOR SPOKE WITH ME,YOUR COMPANY WOULD CALL BACK LETTING THE PHONE RING ONCE I WOULD ANSWER YOUR COLLECTOR WOULD HANG UP,*REPEATLY USE THE PHONE TO ANNOY***AFTER YOUR COLLECTOR SPEAK WENT ME OR MY SPOUSE YOUR COLLECTOR WOULD THEN CALL AN LEAVE A MESSAGE WITH A RELATIVE,AFTER SEVERAL VERBAL REQUEST BY RELATIVE TO CEASE CALLS, THIS WENT ON FOR SEVERAL MONTHS.UNTIL I FINAL CHANGE MY NUMBER TO NONE PUBLIST 5/08 WHICH THIS IS A "CHARGE YOUR COMPANY ACCURED ME" BUT NOT LIMITED TO HARRASSING AND THREATING CALLS TO RELATIVES .ACCORDING TO THE FDCPA YOU CAN LEGALLY CONTACT A RELATIVE ONCE TO GET LOCATION INFORMATION.WHICH YOUR COMPANY HAD ON FILE 12/9/08* MY MOTHER RECIEVED A CALL FROM A TIM, IDSELF A THE ACCOUNT MANAGER,DISCLOSED MY TOTAL PASS DUE BILL AN ADVISE MY MOTHER HE CAN GIVE HER A PAYMENT ARANGMENT TO HELP ME OUT WITH MY PASS TRUCK NOTE BILL,TO STOP A REPOSSESION THAT DAY SHE ADVISED TIM SHE WILL CONTACT ME,MY MOTHER IS 67YR OLD AN RECIEVES SOCIAL SECURITY AN HAD NO KNOWLEGDE OF MY FINANCIAL PROBLEMS.12/10/08* TIM CALLED MY MOTHER BACK TO FOLLOW UP ON A PAYMENT ARANGMENT FROM MY MOTHER HE WAS ADVISED THERE WAS NOTHING SHE COULD DO,THIS WAS A UNEXCEPTED BILL FOR HER AN NOT TO CALL BACK,12/22/08 THERE ANOTHER MESSAGE LET AT MY MOTHER RESIDENT,AFTER YOUR COMPANY WAS VERBALLY ADVISED NOT TO CALL BACK,TO A NONE RESPONSIBLE PARTY RESIDENT,12/12/08 MY UNCLE STEVE,LISTED AS A REFERNCE WAS CALLED AN THE BILL WAS DISCLOSED ALSO ASK IF THERE WAS ANYTHING HE COULD DO TO HELP TIM,WAS ONCE AGAIN ADVISED THERE WAS NOTHING HE COULD DO,AN SEVERAL MESSAGES HAVE BEEN ALSO RECIEVED OFF HIS CELL PHONE VOICE MAIL AN HAVE BEEN GIVING TO ME AN TO CEASE THE CALLS ON HIS CELL PHONE THIS WAS HARRASMENT.THIS WAS A THIRD PARTY DISCLOSURE WITH A NONE RESPONSIBLE PARTY 7/25/09 AT MY FAMILY REUNION MY REFERENCE STEVE,ADVISED ME HE RECIEVE A CALL FROM YOUR COMPANY 6/9/09 AT 8:45 AM AFTER YOUR COPMANY WAS VERBALLY ADVISED NOT TO CALL BACK IN 12/12/08 BUT THE MESSAGE CONTINUED EVERYDAY ,HE WANTS THE HARRASSING CALLS TO STOP.AS OF 01/13/09 ANOTHER CEASE OF COMMUNICATION WAS SENT OUT VIA MAIL ALSO FAX TO YOUR COMPANY ,YOUR EMPLOYEE NAME KESHA, CONFIRMED THE INFORMATION WAS RECIEVED,AN THERE WHERE NO LONGER ANY PHONE NUMBERS ON FILE .YOUR COMPANY WAS TO CEASE ALL COMMUNICATION TO FAMILY,FRIEND,ALSO MYSELF.BUT THE CALLS CONTINUE AS OF 8/14 A TEXT WAS RECIEVED FROM YOUR COMPANY @ 10:23AM TO MY 11 YRS OLD RELATIVE {A

Page 1

cps fdcpa

COPY OF THE MESSAGE WAS SAVED, AN A PHOTO COPY WAS MADE. RECIEVING TEXT MESSAGES FROM YOUR COMPANY CPS {WHICH CAUSE HER A FEE DUE TO THE FACT TEXT MESSAGE IS NOT APART OF HER PARENTS CELL PHONE PLAN} TELLING HER TO HAVE FRED MCGAULEY CONTACT LOSS PERVENTION" @ 888-294-3105 THRU SEARCH BUG.COM WHICH IS UNEXCEPTABLE" AN A VIOLATION OF THE FDCPA, SINCE YOU HAVE BEEN WARNED TO CEASE ALL COMMUNICATION MAIL ONLY TO ADDRESS ON FILE. YOUR COMPANY WAS ALSO GIVEN ALTERNATIVE CONTACT NUMBER 904 707 2977 A MESSAGE LINE BUT YOUR COMPANY ABUSED THAT NUMBER CALLING 3/4 TIMES A DAY EVERYDAY SO I HAD IT SHUT OFF DUE SEVERAL CELL PHONE FEE YOUR COMPANY CAUSE ME. SOMEONE @ THIS COMPANY ID THEMSELF AS SUE SPOKE WITH MY SPOUSE 7/02/09 LARNA MCGAULEY, WHEN $495. PAYMENT WAS ATTEMPTED TO BE MADE WITH YOU COLLECTION DEPARTMENT AT YOUR COMPANY REFUSED THE PAYMENT UNLESS A POST DATED CHECK WAS MADE OUT FOR $900 RIGHT THEN SUE, WAS TRYING TO "STRONGARM MY SPOUSE" INTO GIVING HER A BAD POSTDATED CHECK THEN SUE, STATED SHE NOTICE THERE WHERE NO CONTACT NUMBERS ON FILE AN SHE CAN'T EXCEPT A PAYMENT WITHOUT A CONTACT NUMBER. LARNA MCGAULEY, WAS ALSO ADVISED A PAYMENT WANT BE EXCEPTED SUE, WAS ALSO ADVISED THERE IS NO CONTACT NUMBER MAIL ONLY TO THE ADDRESS ON FILE, SUE GOT UPSET THEN ADVISED LARNA MCGAULEY{MY SPOUSE} SOMEONE WILL BE COMING OUT TO MY RESIDENT TODAY {YOUR REP NEVER STATED WHO WAS COMING TO MY RESIDENT}LARNA MCGAULEY, TOOK THIS AS A VERBAL THREAT, SO I CALLED OFF MY JOB, MISSED A DAY FROM WORK DO TO STRESS}MY SPOUSE WAS SCARED TO LEAVE THE HOUSE TO REPORT TO WORK, SUE ALSO STATED THE VEHICAL WAS GOING TO BE REPOSSED THAT DAY. THE VERBAL THREATS CONTINUE, YOUR COMPANY WAS ADVISED SEVERAL TIME THERE WILL NOT BE $900 FUNDS AVAILABLE FOR THE POST DATE CHECK TO CLEAR AN DO NOT TO CONTACT THE NUMBER ON THE CALLER ID THEN THE CALL WAS TERMINATED. YOUR COMPANY WAS NEVER GIVING ANY AUTHORIZION TO DISCUSS THIS DEBT WITH ANYONE BUT MYSELF, VIA MAIL ONLY TO ADDRESS ON FILE BUT SEVERAL DISCUSSION WHERE HAD WITH MY RELATIVE ABOUT MY OUTSTANDING DEBT. NOW I HAVE NO CHOICE BUT TO FILE A LAW SUITE AGAINST YOUR COMPANY FOR SEVERAL FDCPA VIOLATION. {Defamation of character, SLANDER, THIRD PARTY DISCLOSURE, UNFAIR COLLECTION PRACTICE}A COPY WILL BE FORWARD TO ATTY GENERAL FL /CA OFFICE, BBB OF CA ALSO FL, CONSUMER AFFAIRS CA/FL.. THANK YOU, Please Also send proof of debt But not Limited to Orginal Contract to Address on file.

Fred L. McGauley

*Fred McGauley* 5/17/09

# EXHIBIT C

PLAINTIFF'S COMPLAINT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

## PRE-REPOSSESSION NOTICE

DATE OF NOTICE: **09/09/09**

CUSTOMER NAME: **Fred L Mcgauley**

CUSTOMER ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

SUBJECT: <u>**INSTALLMENT PURCHASE OF VEHICLE CONTRACT DATE :10/20/07.**</u>

<u>ACCOUNT#</u>▮▮▮▮▮▮▮ Balance Due: **$1955.32**

DESCRIPTION OF VEHICLE YEAR, MAKE, and MODEL **2005 Ford F150**

YOU ARE IN DEFAULT OF THE INSTALLMENT PURCAHSE CONTRACT DATE: 10/20/07.

CONSUMER PORTFOLIO SERVICE INC. AS THE SECURED PARTY TO THE INSTALLMENT PURCHASE CONTRACT, HAS THE RIGHT TO TAKE POSSESSION OF THE COLLATERAL, **2005 Ford F150** WITHOUT FURTHER NOTICE UPON DEFAULT

*STATE LAW PROVIDES FOR REPOSSESSION WITHOUT FURTHER NOTICE OR <u>JUDICIAL PROCESS</u>.*

**CPS ACCOUNT MANAGER**



### CPS

**CONSUMER PORTFOLIO SERVICES INC**

August 18, 2009

Loan# ▓▓▓▓▓▓▓
Amount Due: $1,903.19
Due Date: 07/01/2009

**PERSONAL & CONFIDENTIAL**
**FRED LARVAINE MCGAULEY**

Once again we are compelled to write you in regards to your delinquent loan.

It is imperative that you contact us immediately to make acceptable payment arrangements to bring this account current. If we do not hear from you within twenty-four (24) hours, it may be necessary to send a field agent to your home.

Call our office immediately to make suitable arrangements on this account to avoid this action.


**PAOLA ROBLES**
**CONSUMER PORTFOLIO SERVICES, INC**
(800) 817-0263


**Credit and participating Debit cards with a MasterCard or Visa logo are accepted via phone or website www.consumerportfolio.com**

FC Modified