THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FRED L. MCGAULEY,

    Plaintiff,                               CASE NO.  09-cv-01060-HLA-HTS

v.

CONSUMER PORTFOLIO SERVICES, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, FRED L. MCGAULEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: January 21, 2010                KROHN & MOSS, LTD.

By: /s/ Matthew Kiverts
    Matthew Kiverts
    Krohn & Moss, Ltd.
    120 W. Madison St. 10th Floor
    Chicago, IL 60602
    Ph: (312) 578-9428 ext. 203
    Attorneys for Plaintiff
    FBN: 0013143