UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FRED L. McGAULEY,**

    Plaintiff,

v.                                      CASE NO.    3:09-cv-1060-J-25HTS

**CONSUMER PORTFOLIO SERVICES, INC.,**

    Defendant.

## O R D E R

Pursuant to the Notice of Settlement (Dkt. 5), and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

**ORDERED** and **ADJUDGED**:

1. That this case is hereby **DISMISSED without prejudice**, subject to the right of a party to move the Court, within sixty (60) days hereof, to dismiss the case with prejudice, to enter a stipulated form of Final Order or Judgment; or, to reopen this case for further proceedings, upon a showing of good cause.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of January, 2010.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record