**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FRED L. MCGAULEY,

      Plaintiff,                                 CASE NO.  09-cv-01060-HLA-HTS

v.

CONSUMER PORTFOLIO SERVICES, INC.

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

        FRED L. MCGAULEY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and

pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without

Court Order) voluntarily dismisses, with prejudice, CONSUMER PORTFOLIO SERVICES, INC

(Defendant), in this case.

                         RESPECTFULLY SUBMITTED,

                         By:  /s/ Matthew W. Kiverts_____
                               Matthew W. Kiverts
                               FBN: 0013143
                               KROHN & MOSS, LTD.
                               120 W. Madison St., 10th Fl.
                               Chicago, Illinois 60602
                               T: (312) 578-9428 ext. 203
                               F: (866) 802-0021
                               mkiverts@consumerlawcenter.com
                               *Attorney for Plaintiff*

1