UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FRED L. McGAULEY,**

    Plaintiff,

v.                                             CASE NO.    3:09-cv-1060-J-25HTS

**CONSUMER PORTFOLIO SERVICES, INC.,**

    Defendant.
_____

## O R D E R

Pursuant to Plaintiff's Notice (Dkt. 7), it is,

**ORDERED** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of March, 2010.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record